No. 81–1248. DENNINGHAM *v.* DENNINGHAM. Ct. Sp. App. Md. Certiorari denied.

No. 81–1252. BOGGS *v.* MCDONALD ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–1258. SHAHEEN ET AL. *v.* CLARKSON COMPANY LTD., TRUSTEE IN BANKRUPTCY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–1266. IVIE ET AL. *v.* BROWN. C. A. 11th Cir. Certiorari denied.

No. 81–1276. MCLISTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–1277. MCGUINN *v.* CRIST, WARDEN, MONTANA STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 81–1279. BROWN ET AL., DBA THUNDERGUARDS MOTORCYCLE CLUB *v.* COUNTY COMMISSIONERS OF KENT COUNTY, MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 81–1280. DUMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–1286. CALIFORNIA ET AL. *v.* STANDARD OIL COMPANY OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–1342. COWETTA NEWS, INC., DBA PLAYMATE VISUAL CENTER *v.* CITY OF MEMPHIS. Ct. App. Tenn. Certiorari denied.

No. 81–1364. EATON *v.* DRAKE UNIVERSITY ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–1398. SKRUZNY *v.* MYERS ET AL. C. A. 9th Cir. Certiorari denied.